[No. 2384.  Decided September 25, 1896.]

THOMAS KELLEY, *Respondent*, v. PIERCE COUNTY *et al.*, *Appellants*.

Appeal from Superior Court, Pierce County,—Hon. JOHN C. STALLCUP, Judge.  Reversed.

*Coiner & Shackleford,* and *Crowley, Sullivan & Grosscup,* for appellants.

*Wickersham & Reid,* for respondent.

*Per Curiam.*—The judgment in this case is directly in conflict with the decision of this court in *State, ex rel. Barton v. Hopkins,* 14 Wash. 59 (44 Pac. 134), and *Mullen v. Sackett,* 14 Wash. 100 (44 Pac. 136). The judgment will therefore be reversed and the cause remanded to the lower court with instructions to sustain defendants' demurrer to the complaint.